1  SUSAN D. CONDON (State Bar No. 143417)
   scondon@gcalaw.com
2  VALERIE M. WAGNER (State Bar No. 173146)
   vwagner@gcalaw.com
3  GCA LAW PARTNERS LLP
   1891 Landings Dr.
4  Mountain View, CA 94043
   Telephone: (650) 428-3900
5  Facsimile: (650) 428-3901

6  Attorneys for FEDERAL
   DEPOSIT INSURANCE
7  CORPORATION as Receiver for
   INDYMAC BANK, F.S.B.
8

9             UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO

12

13 FEDERAL DEPOSIT INSURANCE          Case No. CIV. 2:11-2628 WBS CKD
   CORPORATION as Receiver for
14 INDYMAC BANK, F.S.B.,              **STIPULATION AND ORDER TO
                                      WITHDRAW MOTION TO
15            Plaintiff,              STRIKE AFFIRMATIVE DEFENSE
                                      SERVED ON DEFENDANTS
16     vs.                           PREMIER VALLEY, INC. AND
                                      KAREN BHATTI**
17 RICHARD K. VARRASSO dba
   Richard Varrasso and Associates and
18 AppraisalTrust.com, an individual;
   PREMIER VALLEY, INC. dba          Honorable William B. Shubb
19 CENTURY 21 M&M ASSOCIATES, a
   California corporation; and KAREN
20 BHATTI, an individual,

21            Defendants.

22

23 **THIS IS A JOINT STIPULATION AND REQUEST BY PLAINTIFF**

24 **AND DEFENDANTS PREMIER VALLEY, INC. AND KAREN**

25 **BHATTI AND THEIR RESPECTIVE COUNSEL OF RECORD:**

26      **IT IS HEREBY STIPULATED AND AGREED** by the undersigned

27 parties that the FDIC may and hereby does withdraw its Motion to Strike the

28 Affirmative Defense of Defendants Premier Valley, Inc. and Karen Bhatti.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Stipulation to Withdraw Motion to Strike Against Premier Valley and Karen Bhatti
Case No. CIV. 2:11-2628 WBS CKD                                              1

1   Plaintiff withdraws the motion in light of the issues raised in Defendants'

2   Opposition that the affirmative defense in question may be applicable to

3   more than one cause of action asserted against Defendants Premier Valley

4   and Bhatti.  This stipulation is not meant to affect the pending Motion filed

5   to Strike the Affirmative Defense of Defendant Richard Varrasso also

6   scheduled for April 9, 2012.

7        **IT IS SO STIPULATED.**

8

9   DATED: March 28, 2012          GCA LAW PARTNERS LLP

10

11                                 By:___/s/ SusanCondon_____
                                       SUSAN CONDON
12                                 Attorney for Plaintiff FEDERAL
                                   DEPOSIT INSURANCE
13                                 CORPORATION as RECEIVER for
                                   INDYMAC BANK, F.S.B.
14

15
    DATED: March 28, 2012          TRIEBSCH & FRAMPTON
16

17                                 By:___/s/ Cory B.  Chartrand_____
                                       CORY B. CHARTRAND
18                                 Attorneys for Defendants, PREMIER
                                   VALLEY, INC., DBA CENTURY
19                                 21 M&M AND ASSOCIATES, and
                                   KAREN BHATTI
20
                                   (as Authorized on March 28, 2012)
21

22

23   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24   DATED:  March 29, 2012

25

26                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
27

28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Stipulation to Withdraw Motion to Strike Against Premier Valley and Karen Bhatti
Case No. CIV. 2:11-2628 WBS CKD

2