SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL
DEPOSIT INSURANCE
CORPORATION as Receiver for
INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br>Plaintiff, <br><br>vs. <br><br>RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br>Defendants. | Case No. CIV. 2:11-2628 WBS CKD <br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO STRIKE AFFIRMATIVE DEFENSE SERVED ON DEFENDANTS PREMIER VALLEY, INC. AND KAREN BHATTI** <br><br>Honorable William B. Shubb |

**THIS IS A JOINT STIPULATION AND REQUEST BY PLAINTIFF AND DEFENDANTS PREMIER VALLEY, INC. AND KAREN BHATTI AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned parties that the FDIC may and hereby does withdraw its Motion to Strike the Affirmative Defense of Defendants Premier Valley, Inc. and Karen Bhatti.

Stipulation to Withdraw Motion to Strike Against Premier Valley and Karen Bhatti
Case No. CIV. 2:11-2628 WBS CKD                                                                                                                 1

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Plaintiff withdraws the motion in light of the issues raised in Defendants' Opposition that the affirmative defense in question may be applicable to more than one cause of action asserted against Defendants Premier Valley and Bhatti.  This stipulation is not meant to affect the pending Motion filed to Strike the Affirmative Defense of Defendant Richard Varrasso also scheduled for April 9, 2012.

**IT IS SO STIPULATED.**

DATED: March 28, 2012			GCA LAW PARTNERS LLP

					By:___/s/ SusanCondon_____
					    SUSAN CONDON
					Attorney for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for INDYMAC BANK, F.S.B.

DATED: March 28, 2012			TRIEBSCH & FRAMPTON

					By:___/s/ Cory B.  Chartrand_____
					    CORY B. CHARTRAND
					Attorneys for Defendants, PREMIER VALLEY, INC., DBA CENTURY 21 M&M AND ASSOCIATES, and KAREN BHATTI
					(as Authorized on March 28, 2012)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 29, 2012

					WILLIAM B. SHUBB
					UNITED STATES DISTRICT JUDGE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Stipulation to Withdraw Motion to Strike Against Premier Valley and Karen Bhatti
Case No. CIV. 2:11-2628 WBS CKD

2