SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL
DEPOSIT INSURANCE
CORPORATION as Receiver for
INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br> Defendants. | Case No. CIV. 2:11-2628 WBS CKD <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO MODIFY SCHEDULING ORDER** <br><br> Honorable William B. Shubb <br><br> Trial: April 16, 2013 |

## **STIPULATION**

The parties, Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. and Defendants Richard Varrasso, Premier Valley Inc. dba Century 21 M&M Associates, and Karen Bhatti by and through their counsel of record or personally hereby stipulate and agree to modify the Pretrial

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

1

Scheduling Order in this matter to extend the expert disclosure and discovery cutoff dates. The Parties agree to extend the deadline for the disclosure of expert witnesses and rebuttal witness by thirty days in order to accommodate the calendar of Plaintiff's expert. In light of the fact that the new disclosure deadline would coincide with the close of discovery, the parties also seek a thirty day extension in which to complete discovery.

The current due dates for disclosure of initial experts and rebuttal experts are August 31, 2012 and September 28, 2012, respectively. The deadline for completion of discovery is currently October 26, 2012. The parties stipulate to the dates of September 28, 2012 for the initial disclosure and October 26, 2012 for the rebuttal disclosure. They further stipulate to extend the discovery deadline to November 30, 2012.

No other provision of the Pretrial Scheduling Order is to be modified.

**IT IS SO STIPULATED.**

DATED: August 30, 2012         GCA LAW PARTNERS LLP

                               By:___/s/ Susan Condon_____
                                  SUSAN CONDON
                               Attorney for Plaintiff FEDERAL
                               DEPOSIT INSURANCE
                               CORPORATION as RECEIVER for
                               INDYMAC BANK, F.S.B.

DATED: August 30, 2012         TRIEBSCH & FRAMPTON

                               By:___/s/ Cory B.  Chartrand_____
                                  CORY B. CHARTRAND
                               Attorneys for Defendants, PREMIER
                               VALLEY, INC., DBA CENTURY
                               21 M&M AND ASSOCIATES, and
                               KAREN BHATTI
                               (as Authorized on August 30, 2012)

DATED: August 30, 2012     Richard Varrasso

By:___/s/ Richard Varrasso_____
Appearing Pro Se

(as Authorized on August 30, 2012)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   August 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

3