1  SUSAN D. CONDON (State Bar No. 143417)
   scondon@gcalaw.com
2  VALERIE M. WAGNER (State Bar No. 173146)
   vwagner@gcalaw.com
3  GCA LAW PARTNERS LLP
   1891 Landings Dr.
4  Mountain View, CA 94043
   Telephone: (650) 428-3900
5  Facsimile: (650) 428-3901

6  Attorneys for FEDERAL
   DEPOSIT INSURANCE
7  CORPORATION as Receiver for
   INDYMAC BANK, F.S.B.
8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO

12

| | |
|---|---|
| 13  FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case No. CIV. 2:11-2628 WBS CKD |
| 14 | |
| 15        Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER** |
| 16     vs. | |
| 17  RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, | Honorable William B. Shubb |
| 18 | Trial: April 16, 2013 |
| 19 | |
| 20 | |
| 21        Defendants. | |
| 22 | |

23

24                        **STIPULATION**

25      In light of Defendants' Motion for Leave to File a Third Party Complaint

26  and to Amend the Scheduling Order (Document 61) and Plaintiff's Notice of

27  Non-Opposition to the same (Document 62), the parties, Plaintiff Federal

28  Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. and

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

1

1  Defendants Richard Varrasso, Premier Valley Inc. dba Century 21 M&M
2  Associates, and Karen Bhatti by and through their counsel of record or
3  personally hereby stipulate and agree to modify the Pretrial Scheduling Order in
4  this matter to extend the expert disclosure and discovery cutoff dates.  Given that
5  the information to be reviewed by the experts, as well as the scope of their
6  opinions will increase if Defendants' motion is granted, the Parties agree to
7  extend the deadline for the disclosure of expert witnesses until after the motion is
8  determined.
9      The Court agreed to continue the disclosure of experts and rebuttal experts
10 to September 28, 2012 and October 26, 2012 (Document 60).  In light of the
11 Defendants' motions, the parties respectfully request that they be permitted to
12 disclose experts on November 30, 2012 and December 31, 2012, respectively.
13 They further stipulate to extend the discovery deadline from November 30, 2012
14 to January 31, 2013.
15     No other provision of the Pretrial Scheduling Order is to be modified.
16 **IT IS SO STIPULATED.**

DATED: September 24, 2012		GCA LAW PARTNERS LLP

By:___/s/ Susan Condon_____
    SUSAN CONDON
Attorney for Plaintiff FEDERAL
DEPOSIT INSURANCE
CORPORATION as RECEIVER for
INDYMAC BANK, F.S.B.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

2

| | | |
|---|---|---|
| 1 | DATED: September 24, 2012 | TRIEBSCH & FRAMPTON |
| 2 | | |
| 3 | | By:___/s/ Cory B. Chartrand_____<br>      CORY B. CHARTRAND |
| 4 | | Attorneys for Defendants, PREMIER |
| 5 | | VALLEY, INC., DBA CENTURY |
| 6 | | 21 M&M AND ASSOCIATES, and<br>KAREN BHATTI |
| 7 | | (as Authorized on September 24, 2012) |
| 8 | | |
| 9 | DATED: September 26, 2012 | Richard Varrasso |
| 10 | | |
| 11 | | By:___/s/ Richard Varrasso_____<br>      Appearing Pro Se |
| 12 | | |
| 13 | | (as Authorized on September 26, 2012) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   September 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

3