SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br> Defendants. | Case No. CIV. 2:11-2628 WBS CKD <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER** <br><br> Honorable William B. Shubb <br><br> Trial: April 16, 2013 |

## **STIPULATION**

In light of Defendants' Motion for Leave to File a Third Party Complaint and to Amend the Scheduling Order (Document 61) and Plaintiff's Notice of Non-Opposition to the same (Document 62), the parties, Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. and

Defendants Richard Varrasso, Premier Valley Inc. dba Century 21 M&M Associates, and Karen Bhatti by and through their counsel of record or personally hereby stipulate and agree to modify the Pretrial Scheduling Order in this matter to extend the expert disclosure and discovery cutoff dates.  Given that the information to be reviewed by the experts, as well as the scope of their opinions will increase if Defendants' motion is granted, the Parties agree to extend the deadline for the disclosure of expert witnesses until after the motion is determined.

    The Court agreed to continue the disclosure of experts and rebuttal experts to September 28, 2012 and October 26, 2012 (Document 60).  In light of the Defendants' motions, the parties respectfully request that they be permitted to disclose experts on November 30, 2012 and December 31, 2012, respectively. They further stipulate to extend the discovery deadline from November 30, 2012 to January 31, 2013.

    No other provision of the Pretrial Scheduling Order is to be modified.

**IT IS SO STIPULATED.**

DATED: September 24, 2012        GCA LAW PARTNERS LLP

By:___/s/ Susan Condon_____
    SUSAN CONDON
Attorney for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for INDYMAC BANK, F.S.B.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

2

| | | |
|---|---|---|
| 1 | DATED: September 24, 2012 | TRIEBSCH & FRAMPTON |
| 2 | | |
| 3 | | By:___/s/ Cory B. Chartrand_____ |
| | | CORY B. CHARTRAND |
| 4 | | Attorneys for Defendants, PREMIER |
| 5 | | VALLEY, INC., DBA CENTURY |
| | | 21 M&M AND ASSOCIATES, and |
| 6 | | KAREN BHATTI |
| 7 | | (as Authorized on September 24, 2012) |
| 8 | | |
| 9 | DATED: September 26, 2012 | Richard Varrasso |
| 10 | | |
| | | By:___/s/ Richard Varrasso_____ |
| 11 | | Appearing Pro Se |
| 12 | | (as Authorized on September 26, |
| 13 | | 2012) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   September 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

3