SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual,<br><br>Defendants. | Case No. CIV. 2:11-2628 WBS CKD<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**<br><br>Honorable William B. Shubb<br><br>Trial: April 16, 2013 |

## **STIPULATION**

In light of this Court's Order granting Defendants' Motion for Leave to File a Third Party Complaint (Document 68), the parties, Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. and Defendants Richard Varrasso, Premier Valley Inc. dba Century 21 M&M

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

1

1  Associates, and Karen Bhatti by and through their counsel of record or
2  personally hereby stipulate and agree to modify the Pretrial Scheduling Order.
3      While the Third Party Defendants have not yet appeared in this matter, the
4  deadlines have arrived to disclose experts and rebuttal experts (November 30 and
5  December 31, 2012, respectively).  Given that the scope of the information for
6  expert investigation and opinion will increase with the appearance of the third
7  party defendants and that the parties wish to complete additional discovery
8  before finalizing expert reports, the parties wish to extend the disclosure
9  deadlines until after the third party defendants have appeared and the Court has
10 an opportunity to more thoroughly revisit the scheduling order.  Therefore, the
11 parties hereby stipulate and respectfully request that the deadline to disclose
12 experts be extended until January 31, 2013 for initial disclosure and February 28,
13 2013 for rebuttal.
    No other provision of the Pretrial Scheduling Order is to be modified at
15 this time.
    **IT IS SO STIPULATED.**

18 DATED: November 30, 2012          GCA LAW PARTNERS LLP

                                    By:___/s/ Susan Condon_____
                                         SUSAN CONDON
                                    Attorney for Plaintiff FEDERAL
                                    DEPOSIT INSURANCE
                                    CORPORATION as RECEIVER for
                                    INDYMAC BANK, F.S.B.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

2

| | | |
|---|---|---|
| DATED: November 30, 2012 | | TRIEBSCH & FRAMPTON |

By:\_\_\_/s/ Cory B. Chartrand_____
    CORY B. CHARTRAND
Attorneys for Defendants, PREMIER VALLEY, INC., DBA CENTURY 21 M&M AND ASSOCIATES, and KAREN BHATTI
(as Authorized on November 30, 2012)

DATED: December 3, 2012        Richard Varrasso

By:\_\_\_/s/ Richard Varrasso_____
    Appearing Pro Se

(as Authorized on December 3, 2012)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  December 4, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

3

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900