UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual,<br><br>Defendants. | Case No. CIV. 2:11-2628 WBS CKD<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER; ORDER [PROPOSED]**<br><br>Honorable William B. Shubb<br><br>Trial: April 16, 2013 |

## **STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and seek an order modifying this Court's Pretrial Scheduling Order in light of the following circumstances: (1) this Court's Order granting Defendants' Motion for Leave to File a Third Party Complaint and providing until March 3, 2013 to serve the third party defendants (Document 68); (2) the

Stipulation to Modify Scheduling Order; Order [Proposed]
Case No. CIV. 2:11-2628 WBS CKD

1

delay in the issuance of the summonses with the filing of the Third Party Complaint of Defendant Premier Valley, Inc.; (3) the recent appearance of Third Party Defendants Josie Rich, Sophie Reisiyannejad and Emmanuel Kim; and (4) the anticipated appearances of additional third party defendants served with this action.  At present, the final pretrial conference is scheduled for February 19, 2013 and trial is scheduled to commence on April 16, 2013.

The parties have agreed that additional time is necessary to conduct discovery before trial.  The parties therefore seek trial and related deadlines scheduled based upon a 10 month trial continuance to February 10, 2014.  Such a continuance would allow for adequate time for the newly added parties to receive, review and analyze the parties' initial and supplemental Rule 26 disclosures, all previous discovery requests and responses, all previously produced documents, and all deposition transcripts, evaluate the facts and law for purposes of trial and settlement, add any necessary additional parties, conduct necessary discovery, including written discovery and percipient witness depositions, retain and depose experts, file any dispositive motions, and prepare for trial.

Therefore, the parties hereby stipulate and respectfully request that the Court modify its current Scheduling Order as proposed below.

| Event | Proposed Date |
|---|---|
| **Discovery & Pleading** | |
| Initial Rule 26 (a) Disclosures by New Parties and Production of Prior Discovery | Within 30 days of receipt of Supplemental Rule 26 (d) and (e) Disclosure by Third Party Plaintiff and |

| | |
|---|---|
| | all prior discovery, including deposition transcripts |
| Meet & Confer re Discovery Plan | Within 14 days after Initial Rule 26 (a) Disclosures by New Parties and Production of Prior Discovery |
| Last Day to move to Amend Pleadings | July 31, 2013 |
| Last Day to move to Join Additional Parties | July 31, 2013 |
| **Expert Disclosures & Discovery** | |
| Opening Expert Reports | August 13, 2013 |
| Rebuttal Expert Reports | September 10, 2013 |
| Expert Discovery Cut-Off | October 29, 2013 |
| **Dispositive Motions** | |
| Last Day for Hearing on Dispositive Motions, if any | December 2, 2013 |
| **Trial** | |
| Final Pretrial Conference | January 21, 2014 at 2:00 p.m. |
| Jury Trial | March 25, 2014 at 9:00 a.m. |

IT IS HEREBY ORDERED: The Court adopts the trial date and related deadlines as set forth above and modifies its Scheduling Order in accordance therewith.

**IT IS SO STIPULATED.**

DATED: January 28, 2013          GCA LAW PARTNERS LLP

By: __/s/ Susan Condon_____
SUSAN CONDON
Attorney for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for INDYMAC BANK, F.S.B.
(as Authorized on January 28, 2013)

DATED: January 28, 2013          TRIEBSCH & FRAMPTON

By: __/s/ Cory B. Chartrand_____
CORY B. CHARTRAND
Attorneys for Defendants PREMIER VALLEY, INC., DBA CENTURY 21 M&M AND ASSOCIATES, and KAREN BHATTI
(as Authorized on January 28, 2013)

DATED: January 28, 2013          Richard Varrasso

By: __/s/ Richard Varrasso_____
Appearing Pro Se

(as Authorized on January 28, 2013)

DATED: January 30, 2013          Emmanuel Kim

By: __/s/ Emmanuel Kim_____
Appearing Pro Se

(as Authorized on January 30, 2013)

Stipulation to Modify Scheduling Order; Order [Proposed]
Case No. CIV. 2:11-2628 WBS CKD

4

1
2
3  DATED: January 28, 2013                LAW OFFICES OF S. MIYAKE
4                                         By: __/s/ Steven S. Miyake_____
5                                         Steven S. Miyake
                                          Attorneys for Defendant
6                                         JOSIE RICH
                                          (as Authorized on January 28, 2013)
7
8
9  DATED: January 28, 2013                WEYAND LAW FIRM, A
                                          Professional Corporation
10
11                                        By: __/s/ Alexander M. Weyand__
                                          Alexander M. Weyand
12                                        Attorneys for Defendant
                                          SOPHIE REISIYANNEJAD
13                                        (as Authorized on January 28, 2013)
14
15
16
17
18
19 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20 DATED:   January 30, 2013

21
22                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28