1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br> Defendants, <br><br> and <br><br> PREMIER VALLEY, INC. dba CENTURY 21 M&M AND ASSOCIATES, <br><br> Defendants and Third Party Plaintiffs <br><br> vs. <br><br> SOPHIE REISIYANNEJAD aka SOPHIE NEJAD, WESTERN INVESTMENT NETWORK, INC., dba ERA THE PROPERTY | **Case No. CIV.2:11-2628-WBS-CKD** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING COUNTERCLAIMS OF THIRD PARTY DEFENDANT SOPHIE REISIYANNEJAD FOR INDEMNITY, CONTRIBUTION, AND APPORTIONMENT OF FAULT** <br><br> Honorable William B. Shubb <br> Trial:  April 16, 2013 |

Stipulation and [Proposed] Order re Counterclaims
Case NO. CIV.2:11-2628 WBS CKD

1

PROFESSIONALS; ANWAR FRONTAN aka RAY FOROTAN aka ANWAR FOROTAN, individually and dba ALPINE MORTGAGE a business entity form unknown, ONE STOP REAL ESTATE, INC., a California corporation, EQUAL PARTNERS LENDING, INC, a California corporation, EMMANUEL KIM, KAY-CO INVESTMENTS, INC dba PRO30 FUNDING, MARISSA WEISBLY, JOSIE RICH, ALI AMIDY and SYLVIA MITRE,

   Third-Party Defendants.

and

SOPHIE REISIYANNEJAD AKA SOPHIE NEJAD

   Third-Party Defendant and Counter-Claimant

vs.

KAREN BHATTI and PREMIER VALLEY, INC. dba CENTURY 21 M&M AND ASSOCIATES

Defendants, Third Party Plaintiffs and Counter-Defendants

  IT IS HEREBY STIPULATED and agreed by and between Defendants and Third Party Plaintiffs KAREN BHATTI and PREMIER VALLEY, INC. dba CENTURY 21 M&M AND ASSOCIATES ("Third Party Plaintiffs") and Third Party Defendant and Counter-Claimant SOPHIE REISIYANNEJAD aka SOPHIE NEJAD ("Third Party Defendant") (collectively, the "Parties") as follows:

  Whereas, on or about January 14, 2013, Third Party Defendant SOPHIE REISIYANNEJAD filed counterclaims for indemnity, contribution, and apportionment of fault against Third Party Plaintiffs (Dkt #82);

  Whereas, on or about February 5, 2013, Third Party Plaintiffs filed a motion to dismiss the counterclaims pursuant to F.R.C.P. 12(b)(6) (Dkt #90);

  Whereas, the parties have met and conferred regarding the motion;

  Now, therefore, the Parties stipulate and agree as follows:

  1. Third Party Defendant agrees to dismiss, without prejudice, the first and second

counterclaims against Third Party Plaintiffs for Indemnity and Contribution.  Such dismissal does not preclude Third Party Defendant from re-filing counterclaims for indemnity or contribution against Third Party Plaintiffs should any other party to this action, either formally or informally, later assert claims against or seek relief from Third Party Defendant, or in the event Third Party Defendant settles with any such other party or satisfies all or any part of any judgment thereto (any such claims presently non-existent but denied if later asserted).

  2. The third counterclaim for apportionment will not be dismissed.

  3. The remaining counterclaim for apportionment is deemed denied and answered, with all affirmative defenses alleged by Third Party Plaintiffs in response to the underlying complaint in this action deemed preserved with respect to the counterclaim.

  4. Nothing hereby affects Third Party Defendant's rights at trial relative to its comparative fault and related affirmative defenses.

  5. The Parties agree that Third Party Defendant will have 30 days from the date this Stipulation and Order is approved by the Court to file an amended counterclaim or cross-claim.

  6. The Parties hereby respectfully request that the Court take the March 11, 2013 hearing on Third Party Plaintiffs' aforesaid Motion to Dismiss off calendar.

**IT IS SO STIPULATED.**

Dated:  February 22, 2013

              TRIEBSCH & FRAMPTON

              By: /s/ Cory B. Chartrand
                 Cory B. Chartrand
                 Michael G. Dini
              Attorneys for Third Party Plaintiffs KAREN BHATTI and PREMIER VALLEY, INC. dba CENTURY 21 M&M AND ASSOCIATES
              (As Authorized on February 22, 2013)

Dated:  February 22, 2013

              WEYAND LAW FIRM, A Professional Corporation

              By:  /s/ Rebecca M. Hoberg
                 Alexander M. Weyand

Rebecca M. Hoberg<br>
Attorneys for Defendant SOPHIE<br>
REISIYANNEJAD aka SOPHIE NEJAD<br>
(As Authorized on February 22, 2013)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   February 26, 2013

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re Counterclaims
Case NO. CIV.2:11-2628 WBS CKD

4