SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br> Defendants, <br><br> And Related Cross-Actions | Case No. CIV. 2:11-2628 WBS CKD <br><br> **(AMENDED) STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER** <br><br> Honorable Carolyn K. Delaney <br><br> Trial: March 25, 2014 |

**STIPULATION**

The following amended stipulation and proposed order is submitted one day after the filing of the initial stipulation and order in light of the fact that counsel for Plaintiff FDIC received the stipulation of Cross-Defendant Sophie

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Expert Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

1

Reisannejad subsequent to the prior filing. Given the foregoing, all parties hereby stipulate to the following.

Pursuant to this Court's Order regarding the scheduling of the above-referenced action, (Docket No. 88 dated January 31, 2013), the deadline to complete expert discovery is October 29, 2013, with opening expert reports due August 13, 2013 and rebuttal reports due September 10, 2013.

As a matter of professional courtesy to counsel for Plaintiff FDIC as Receiver for IndyMac Bank, F.S.A., who must attend to a health problem with a family member, the Parties to this action hereby stipulate to a brief extension of the deadlines for opening expert reports to September 3, 2013 and rebuttal reports to September 30, 2013 with no change for the deadline for completion of expert discovery.

No other provision of the Pretrial Scheduling Order is to be modified at this time.

**IT IS SO STIPULATED.**

DATED: August 13, 2013              GCA LAW PARTNERS LLP

                                    By:___/s/ Susan Condon_____
                                          SUSAN CONDON
                                    Attorney for Plaintiff FEDERAL
                                    DEPOSIT INSURANCE
                                    CORPORATION as RECEIVER for
                                    INDYMAC BANK, F.S.B.

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Expert Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

2

| | | |
|---|---|---|
| DATED: August 13, 2013 | | TRIEBSCH & FRAMPTON |

By:___/s/ Cory B. Chartrand_____
    CORY B. CHARTRAND
Attorneys for Defendants, PREMIER VALLEY, INC., DBA CENTURY 21 M&M AND ASSOCIATES, and KAREN BHATTI
(as Authorized on August 13, 2013)

DATED: August 13, 2013    Richard Varrasso

By:___/s/ Richard Varrasso_____
    Appearing Pro Se

(as Authorized on August 12, 2013)

DATED: August 13, 2013    LAW OFFICES OF STEVEN MIYAKE

By:___/s/ Steven S. Miyake_____
    Steven S. Miyake
Attorneys for Cross-Defendant
JOSIE RICH
(as Authorized on August 13, 2013)

DATED: August 13, 2013    EMMANUEL KIM

By:___/s/ Emmanuel Kim_____
    Appearing Pro Se
(as Authorized on August 13, 2013)

DATED: August 13, 2013    SOPHIE REISIYANNEJAD

By:  /s/ Sophie Reisiyannejad   _
    Appearing Pro Se
(as Authorized on August 13, 2013)

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Expert Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Expert Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

4