1 | SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
2 | VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
3 | GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
4 | Mountain View, CA 94043
Telephone: (650) 428-3900
5 | Facsimile: (650) 428-3901

Attorneys for FEDERAL
DEPOSIT INSURANCE
CORPORATION as Receiver for
INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br> Defendants, <br><br> And Related Cross-Actions | Case No. CIV. 2:11-2628 WBS CKD <br><br> **STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER REGARDING DISCOVERY DEADLINE** <br><br> Honorable Carolyn K. Delaney <br><br> Trial: March 25, 2014 |

## STIPULATION

Pursuant to this Court's Order regarding the scheduling of the above-referenced action, (Docket No. 88 dated January 31, 2013), the deadline to complete discovery, including expert discovery is October 29, 2013, the final

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

1

pretrial conference is scheduled for January 21, 2014 and the trial is scheduled for March 25, 2014.  Pursuant to the Court's order, the parties have disclosed experts and rebuttal experts.  While the parties have noticed depositions to be completed this month, they believe that the matter is ripe for mediation and would prefer to do so before expending additional sums to prepare for trial.

        Therefore, the parties[1] hereby stipulate and seek leave of Court to continue the deadline to complete discovery to December 20, 2013, to allow the parties to mediate the case and complete discovery, if so necessary.

        No other provision of the Pretrial Scheduling Order is to be modified at this time.

        **IT IS SO STIPULATED.**

DATED: October 18, 2013        GCA LAW PARTNERS LLP

        By:___/s/ Susan Condon_____
            SUSAN CONDON
        Attorney for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for INDYMAC BANK, F.S.B.

---

[1] Cross-Defendant Sophie Reisiyannejad did not respond to the request to so stipulate.  Plaintiff's counsel, Susan Condon, was contacted by Ms. Reisiyannejad in mid-September and advised that she would be traveling to Iran on or about October 10, 2013 to care for a family member for a month or two.  Nevertheless, on the morning of October 18, 2013, Ms. Condon phoned Ms. Reisiyannejad and left a message for Ms. Reisiyannejad, but did not get a response.  Counsel for Defendants, Cory Chartrand, emailed Ms. Reisiyannejad on October 17, 2013 and did not get a response.  Therefore, the parties assume she is currently in Iran.

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

2

| | |
|---|---|
| DATED: October 18, 2013 | TRIEBSCH & FRAMPTON |
| | By:___/s/ Cory B. Chartrand_____ |
| | CORY B. CHARTRAND |
| | Attorneys for Defendants, PREMIER VALLEY, INC., DBA CENTURY 21 M&M AND ASSOCIATES, and KAREN BHATTI |
| | (as Authorized on October 18, 2013) |
| DATED: October 18, 2013 | Richard Varrasso |
| | By:___/s/ Richard Varrasso_____ |
| | Appearing Pro Se |
| | (as Authorized on October 18, 2013) |
| DATED: October 18, 2013 | LAW OFFICES OF STEVEN MIYAKE |
| | By:___/s/ Steven S. Miyake_____ |
| | Steven S. Miyake |
| | Attorneys for Cross-Defendant JOSIE RICH |
| | (as Authorized on October 18, 2013) |
| DATED: October 18, 2013 | EMMANUEL KIM |
| | By:___/s/ Emmanuel Kim_____ |
| | Appearing Pro Se |
| | (as Authorized on October 18, 2013) |
| DATED: | SOPHIE REISIYANNEJAD |
| | By: Please see Footnote 1_ |
| | Appearing Pro Se |

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA  94040
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: October 21, 2013**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Discovery Deadlines
Case No. CIV. 2:11-2628 WBS CKD

4