SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br> Defendants, <br><br> And Related Cross-Actions | Case No. CIV. 2:11-2628 WBS CKD <br><br> **STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER** <br><br> Honorable William Shubb <br><br> Trial: March 25, 2014 |

## **STIPULATION**

Pursuant to this Court's Order regarding the scheduling of the above-referenced action, (Docket No. 88 dated January 31, 2013), the final pretrial conference is scheduled for January 21, 2014 with a final pretrial statement due

on January 8, 2014, and the trial is scheduled for March 25, 2014. On October 22, 2013 (Docket No. 119), this Court agreed to extend the discovery deadline to December 20, 2013 so that the parties could engage in settlement discussions. On November 26, 2013, Plaintiff FDIC as Receiver for IndyMac Bank, F.S.A. ("FDIC-R") and Defendants Karen Bhatti, Premier Valley dba Century 21 M&M, Richard Varrasso, and Cross-Defendant Emmanuel Kim attended a mediation conducted by Brad Benning. While the parties have not yet settled the case, sufficient progress was made to schedule a second mediation on December 23, 2013.

In light of the foregoing, the Parties desire to again continue the discovery deadline an additional 30 days to January 20, 2014 in order to allow the parties to mediate on December 23, 2013 and complete discovery afterwards, if necessary. Given that the final pretrial statement is due on January 7, 2014 and the final pretrial conference is scheduled for February 21, 2014, the parties also desire a continuance of the final pretrial conference an additional few weeks, to a date available on the Court's calendar. Should the Court find it necessary to continue the trial a brief time, the parties are likewise amenable.

Therefore, the parties[1] hereby stipulate and respectfully seek leave of Court to continue the deadline to complete discovery to January 20, 2014, to allow the parties to mediate the case and complete discovery as necessary, as well as continue the final pretrial conference.

**IT IS SO STIPULATED.**

DATED: December 4, 2013          GCA LAW PARTNERS LLP

                                 By:___/s/ Susan Condon_____

---

[1] We are advised by the husband of Cross-Defendant Sophie Reisiyannejad that she remains out of the country and therefore is not available to stipulate. Further, Defendant Josie Rich has filed a notice of bankruptcy and therefore she has not been party to the settlement discussions or this stipulation.

|   |   |
|---|---|
|   | SUSAN CONDON<br>Attorney for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for INDYMAC BANK, F.S.B. |
| DATED: December 4, 2013 | TRIEBSCH & FRAMPTON<br><br>By:___/s/ Cory B. Chartrand_____<br>   CORY B. CHARTRAND<br>Attorneys for Defendants, PREMIER VALLEY, INC., DBA CENTURY 21 M&M AND ASSOCIATES, and KAREN BHATTI<br>(as Authorized on December 3, 2013) |
| DATED: December 4, 2013 | Richard Varrasso<br><br>By:___/s/ Richard Varrasso_____<br>   Appearing Pro Se<br><br>(as Authorized on December 3, 2013) |
| DATED: December 4, 2013 | By:___/s/ Emmanuel Kim_____<br>   Appearing Pro Se<br>(as Authorized on December 3, 2013) |
| DATED: | SOPHIE REISIYANNEJAD<br><br>By:  Please see Footnote 1_<br>   Appearing Pro Se |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court hereby grants the parties' request to continue the deadline to complete discovery to January 20, 2014, to allow the parties to mediate the case and complete discovery as necessary.

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Stipulation to Extend Deadlines
Case No. CIV. 2:11-2628 WBS CKD

3

1   The parties are advised, however, that the pretrial conference date
2 cannot be continued in the absence of a continuation of the trial date.  A
3 separate request must be made to the District Judge assigned to this action
4 should the parties desire a continuance of the final pretrial conference.

6   Dated:  December 9, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA  94040
(650)428-3900

Stipulation to Extend Deadlines
Case No. CIV. 2:11-2628 WBS CKD

4