SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

PAUL A. LEVIN (State Bar No. 229077)
paul.levin@mortgagerecoveries.com
ANDREW P. BAEZA (State Bar No. 263392)
andrew.baeza@mortgagerecoveries.com
MORTGAGE RECOVERY LAW GROUP LLP
700 N. Brand Blvd., Suite 830
Glendale, CA 91203
Telephone: (818) 630-7900
Facsimile:  (818) 630-7920

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com, an individual; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES, a California corporation; and KAREN BHATTI, an individual, <br><br> Defendants, <br><br> And Related Cross-Actions | Case No. CIV. 2:11-2628 WBS CKD <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, RETAINING JURSIDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA  94040
(650)428-3900

Dismissal with Prejudice
Case No. CIV. 2:11-2628 WBS CKD

1

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B. ("FDIC") and Defendants RICHARD K. VARRASSO dba Richard Varrasso and Associates and AppraisalTrust.com; PREMIER VALLEY, INC. dba CENTURY 21 M&M ASSOCIATES; KAREN BHATTI; and THIRD PARTY DFENDANTS EMMANUEL KIM; and SOPHIE REISIYANNEJAD submit this joint stipulation dismissing the entire action with prejudice on the condition that the Court retain jurisdiction to enforce the settlement agreement.

SO STIPULATED AND RESPECTFULLY SUBMITTED,

DATED: May 23, 2014         GCA LAW PARTNERS LLP

                            By:___/s/ Susan Condon_____
                                SUSAN CONDON
                            Attorney for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for INDYMAC BANK, F.S.B.

DATED: May 23, 2014         TRIEBSCH & FRAMPTON

                            By:___/s/ Cory B. Chartrand_____
                                CORY B. CHARTRAND
                            Attorneys for Defendants, PREMIER VALLEY, INC., DBA CENTURY 21 M&M AND ASSOCIATES, and KAREN BHATTI
                            (as Authorized on May 23, 2014)

DATED: May 23, 2014         Richard Varrasso

                            By:___/s/ Richard Varrasso_____
                                Appearing Pro Se

                            (as Authorized on May 21, 2014)

DATED:  May 24, 2014        EMMANUEL KIM

                            By:___/s/ Emmanuel Kim_____
                                Appearing Pro Se
                            (as Authorized on May 21, 2014)

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Dismissal with Prejudice
Case No. CIV. 2:11-2628 WBS CKD

2

DATED: May 24, 2014                                SOPHIE REISIYANNEJAD

                                              By:__/s/ Sophie Reisiyannejad_____
                                                        Appearing Pro Se

                                              (as Authorized on May 21, 2014)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: May 27, 2014**

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

GCA Law Partners LLP
2570 W. El Camino Real Suite 510
Mountain View, CA 94040
(650)428-3900

Dismissal with Prejudice
Case No. CIV. 2:11-2628 WBS CKD

3